ROCKWELL, KELLY & DUARTE, LLP
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CUCKLER, | NO. 1:12-CV-00412-DLB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that Plaintiff shall have a 45 day extension, or until January 8, 2013, to file Plaintiff's Opening Brief.

The attorney for Plaintiff makes this request as he has a scheduled vacation as well as an upcoming heavy trial schedule. Plaintiff requests additional time to review the file and prepare the opening brief.

///

///

1 | This is plaintiff's first request for an extension of time.

Respectfully submitted,

Dated: November 13, 2012       By */s/ Jeffrey R. Duarte*
                                Jeffrey R. Duarte
                                Attorney for Plaintiff

Dated: November 13, 2012       Benjamin B. Wagner
                                United States Attorney

                                By */s/ Theophous H. Reagans*
                                (As authorized via email)
                                Theophous H. Reagans
                                Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   November 14, 2012**           **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE