1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DIANE CUCKLER,           )
                         )        CIVIL NO. 1:12-CV-00412 DLB
        Plaintiff,       )
                         )
        v.               )        **ORDER ON STIPULATION FOR**
                         )        **EXTENSION OF TIME TO RESPOND TO**
MICHAEL J. ASTRUE,       )        **OPENING BRIEF**
Commissioner of          )
Social Security,         )
                         )
        Defendant.       )
_____)

        Pursuant to the stipulation of the parties, the date by which Defendant is to respond to Plaintiff's

opening brief is extended from February 3, 2013 to March 3, 2013.  All other dates in the Court's

Scheduling Order are extended accordingly.

        IT IS SO ORDERED.

        **Dated:   February 5, 2013**              **/s/ Stanley A. Boone**
                                         UNITED STATES MAGISTRATE JUDGE