1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA
11                         FRESNO DIVISION
12

13  DIANE CUCKLER,                )
                                  )      CIVIL NO. 1:12-CV-00412 DLB
14        Plaintiff,              )
                                  )
15        v.                      )      **ORDER ON STIPULATION FOR
                                  )      EXTENSION OF TIME TO RESPOND TO
16  MICHAEL J. ASTRUE,            )      OPENING BRIEF**
    Commissioner of               )
17  Social Security,              )
                                  )
18        Defendant.              )
    _____)
19

20        Pursuant to the stipulation of the parties, the date by which Defendant is to respond to Plaintiff's

21  opening brief is extended from February 3, 2013 to March 3, 2013.  All other dates in the Court's

22  Scheduling Order are extended accordingly.

23        IT IS SO ORDERED.

24  **Dated:   February 5, 2013**          **/s/ Stanley A. Boone**
                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28